STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

FRANTZ LAW GROUP, APLC
JAMES P. FRANTZ, SBN 87492
WILLIAM P. HARRIS, III, SBN 123575
GEORGE T. STIEFEL, SBN 297611
402 West Broadway, Suite 860
San Diego, CA 92101
Telephone: (619) 233-5945
Facsimile: (619) 525-7672
E-mail: jpf@frantzlawgroup.com
       wharris@frantzlawgroup.com
       gstiefel@frantzlawgroup.com

THE EMGE FIRM, LLP
DEREK J. EMGE
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
E-mail: derek@emgelawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY CHOWNING and LOURDES CASAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; KOHL'S CORPORATION; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 2:15-cv-8673-RGK-SP<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSSAL PURSUANT TO FEDERAL RULE 41(a)(1)(A)(ii)**<br><br><br>Judge: Hon. R. Gary Klausner<br><br>Ctrm: 850 |

Plaintiff Wendy Chowning ("Plaintiff") and Defendants Kohl's Corp. and Kohl's Department Stores, Inc. (collectively, "Kohl's"), being referred to collectively herein as the "Parties," by and through their respective counsel, hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on January 20, 2016 [Dkt. No. 44], alleging multiple legal claims, including claims under California's False Advertising Law (the "FAL"); California's Unfair Competition Law (the "UCL") and California's Consumers Legal Remedies Act (the "CLRA");

WHEREAS, on March 15, 2016, the Court granted Defendant's Motion for Summary Judgment as to all claims for monetary relief under the FAL and UCL claims as well as to "any claim for restitution under the CLRA." [Dkt. No. 112 at 14];

WHEREAS, on April 1, 2016, the Court denied Plaintiff's Motion for Class Certification [Dkt. No. 123], determining that:

1. In light of the Order granting partial summary judgment, Plaintiff was left with only two claims: (a) injunctive relief; and (b) Non-restitutionary monetary relief under the CLRA;

2. Plaintiff is barred from pursuing injunctive relief based on the rule against duplicative actions; and

3. Plaintiff did not advance any non-restitutionary theory of damages;

WHEREAS, on June 14, 2016, Plaintiff filed a Request for Status Conference or, in the Alternative, Entry of Judgment ("Request") [Dkt. No. 132];

WHEREAS, on June 30, 2016, Kohl's filed a Non-Opposition to Plaintiff's Request [Dkt. No. 134];

WHEREAS, on July 27, 2016, the Court issued an Order construing Plaintiff's Request as a Motion for Judgment on the Pleadings and denying such motion [Dkt. No. 136];

WHEREAS, Plaintiff's FAC does not make any claim for punitive or statutory damages under the CLRA;

WHEREAS, the only measures of actual damages that Plaintiff seeks under the CLRA are: 1) a return of the full amount that she paid for her purchases; and 2) the difference between the price paid and the value of what she received, which measures were specifically rejected by the Court in its order granting partial summary judgment; and

WHEREAS, Plaintiff submits that, as the cumulative result of the Court's orders and the relief she is pursuing in this action, Plaintiff has no further remedies to pursue.

WHEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, having no remaining remedies to pursue, dismisses her case with prejudice.

This stipulation is not filed pursuant to a settlement agreement. The Parties have not entered into any settlement of Plaintiff's claims. The Plaintiff agrees that this stipulation of dismissal does not prevent Kohl's from seeking costs pursuant to Rule 54(d) of the Rules of Civil Procedure.

Kohl's agrees that it will not challenge any appeal by plaintiff on the ground that a voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure bars plaintiff from appealing.

IT IS SO STIPULATED.

Dated: August 26, 2016           THE EMGE FIRM, LLP

                                                 /s/
                                              DEREK J. EMGE
                                              501 W. Broadway, Suite 1760
                                              San Diego, CA 92101
                                              Telephone: (619) 595-1400
                                              Facsimile: (619) 595-1480
                                              E-mail: derek@emgelawfirm.com

                                              FRANTZ LAW GROUP, APLC
                                              GEORGE T. STIEFEL
                                              JAMES P. FRANTZ, SBN 87492
                                              WILLIAM P. HARRIS, III
                                              402 West Broadway, Suite 860
                                              San Diego, CA 92101
                                              Telephone: (619) 233-5945
                                              Facsimile: (619) 525-7672
                                              E-mail: jpf@frantzlawgroup.com
                                                         wharris@frantzlawgroup.com
                                                         gstiefel@frantzlawgroup.com

                                              STANLEY LAW GROUP
                                              MATTHEW J. ZEVIN, 10021
                                              Willow Creek Road, Suite 200
                                              San Diego, CA 92131
                                              Telephone: (619) 235-5306
                                              Facsimile: (815) 377-8419
                                              e-mail: mzevin@aol.com

Dated: August 26, 2016           ARNOLD & PORTER LLP

                                                /s/
                                              ALEX BEROUKHIM
                                              JAMES F. SPEYER
                                              777 South Figueroa St., 44th Fl.
                                              Los Angeles, CA 90017

The undersigned hereby certifies pursuant to Local Rule 5-4.3.4 that all signatories listed above concur in the content and have authorized this filing.

Dated: August 24, 2016           THE EMGE FIRM, LLP

                                                /s/
                                              DEREK J. EMGE